ELIZABETH CLARKE, Respondent, *v.* EDWARD ROBERTS, Appellant.

(Argued October 19, 1882 ; decided October 27, 1882.)

*Jacob F. Miller* for appellant.

*Samuel Hand* for respondent.

Agree to affirm.   No opinion.
All concur, except RAPALLO, J., absent.
Judgment affirmed.

In the Matter of the Petition of NATHANIEL L. McCREADY to Vacate an Assessment.

(Argued October 24, 1882 ; decided October 27, 1882.)

*John C. Shaw* for appellant.

*D. J. Dean* for respondent.

Agree to affirm on opinion below.
All concur, except RAPALLO, J., absent.
Order affirmed.

In the Matter of the Application of HENRY T. ELLIOT for a writ of *Mandamus*, Appellant, *v.* NEW YORK COUNCIL, No. 348, OF THE ROYAL ARCANUM, Respondent.

(Argued October 24, 1882; decided October 27, 1882.)

*G. A. Clement* for appellant.

*Edgar Whitlock* for respondent.

Agree to dismiss appeal.   No opinion
All concur.
Appeal dismissed.